UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELCIE BREONNE CROSS, et al.,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>                Defendant. | Civil No. 91-1819-GT(LSP)<br><br>ORDER GRANTING TRUSTEE'S APPLICATION FOR REIMBURSEMENT AND WITHDRAWAL FOR FUTURE EXPENSES |

    On September 1 and October 14, 2008, the Court received an accounting in the form of letters, with detailed attachments, from the Trustee that request reimbursement for the expenses paid by the Trustee from her own money, on behalf of the beneficiary, for the beneficiary's health, welfare and education. The Trustee's letters explain, and the accountings disclose, that from 2000 to the present, the Trustee has expended $48,828.50 of her own money for the beneficiary's medical and dental care, education and general welfare.

    The Trustee's letters and accountings also request permission to withdraw from the Trust Account $7,400.00 for future expenses for the beneficiary's continuing education and general welfare.

1                                                                 91CV1819

1 | The Court, having reviewed the Trustee's letters and
2 | accountings, and GOOD CAUSE APPEARING,
3 | HEREBY ORDERS:
4 | 1. The Trustee is authorized to withdraw from the Trust
5 | Account the sum of $48,828.50 (forty eight thousand eight hundred
6 | twenty eight dollars and fifty cents) for reimbursement of the
7 | expenses paid for the beneficiary.
8 | 2. The Trustee is authorized to withdraw the sum of $7,400.00
9 | (seven thousand four hundred dollars) for future expenses for the
10 | beneficiary's continuing education and general welfare.
11 | 3. The funds remaining in the Trust account after the
12 | aforementioned authorized withdrawals shall be invested in short
13 | term CD's for 3, 6 and 12 month terms of deposit.
14 | The Trustees letters also detail the Trustee's substantial
15 | effort in assuring the beneficiary's health, welfare and education
16 | throughout the years. The Court admires the Trustee for all the
17 | time and effort expended in providing the beneficiary with a healthy
18 | and loving home, necessary medical care and concern for her general
19 | welfare.
20 | IT IS SO ORDERED.
21 |
22 | DATED: October 28, 2008
23 |
24 | _____
25 | Hon. Leo S. Papas
   | U.S. Magistrate Judge
26 |
27 |
28 |